**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Brockmeier, Carrie | 10/9/1979 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 2. | Brown, Andrae | 4/4/1978 | SC | District of South Carolina | No | Yes | No | Kidney Cancer, Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 3. | Bubolz, Richard S | 4/18/1964 | WI | Eastern District of Wisconsin | No | Yes | No | Thyroid Disease | Counts I-XI |
| 4. | Strickland, Timothy As Representative of the Estate of Bullock, Emily | 11/16/1957 | NC | Western District of North Carolina | No | Yes | No | Liver Cancer | Counts I-XI |
| 5. | Buncich, Deann | 3/1/1984 | MN | District of Minnesota | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 6. | Burkhart, Debra | 3/19/1963 | IN | Northern District of Indiana | No | Yes | No | Thyroid Disease | Counts I-XI |
| 7. | Burns, Jody | 10/23/1977 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 8. | Byrd, Steve | | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 9. | Henry, Dale as Parent and Natural Guardian of Minor D.B. | | IA | Southern District of Iowa | No | Yes | No | Liver Cancer | Counts I-XI |
| 10. | Cade, Cynthia | 9/19/1966 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease | Counts I-XI |
| 11. | Caines, Danesha as Parent and Natural Guardian of Minor M.C. | 3/31/2016 | CO | District of Colorado | No | Yes | No | Kidney Cancer | Counts I-XI |
| 12. | Callum, Brenton | 12/22/1986 | MS | Northern District of Mississippi | No | Yes | No | Testicular Cancer | Counts I-XI |
| 13. | Campbell, Wayne | 12/31/1981 | AL | Middle District of Alabama | No | Yes | No | Testicular Cancer | Counts I-XI |
| 14. | Carlson, Nadine | 2/4/1970 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 15. | Carpenter II, Ronald | 8/4/1976 | SC | District of South Carolina | No | Yes | No | Testicular Cancer | Counts I-XI |
| 16. | Carson, Anthony | 2/16/1960 | MO | Eastern District of Missouri | No | Yes | No | Kidney Cancer | Counts I-XI |
| 17. | Cash, Dianica | 12/9/1999 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 18. | Caspoli, Nicholas | 12/28/1962 | RI | District of Rhode Island | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 19. | Castillo, Henry | 9/19/1952 | CA | Southern District of California | No | Yes | No | Liver Cancer, Ulcerative Colitis | Counts I-XI |
| 20. | Catalano, Gary | 3/25/1964 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 21. | Catalano, Richard As Representative of the Estate of Catalano, Karen | 5/13/1956 | AZ | District of Arizona | No | Yes | No | Liver Cancer | Counts I-XI |
| 22. | Chadha, Navella | 6/5/1975 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 23. | Chapa, Joey | 2/1/1993 | MN | District of Minnesota | No | Yes | No | Kidney Cancer | Counts I-XI |
| 24. | Chapman, David | 1/6/1982 | AZ | District of Arizona | No | Yes | No | Testicular Cancer | Counts I-XI |
| 25. | Chavis, Robert | 7/28/1955 | NC | Western District of North Carolina | No | Yes | No | Testicular Cancer | Counts I-XI |
| 26. | Chelette, Deborah | 12/9/1955 | FL | Southern District of Florida | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 27. | Childs, Sheila | 12/9/1964 | MI | Eastern District of Michigan | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 28. | Christly, Brian | 5/10/1980 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 29. | Cisneros, Joseph | 9/20/1956 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 30. | Clark, Judy | 5/19/1971 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 31. | Clark, Susanne | 3/9/1966 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease | Counts I-XI |
| 32. | Clemons, Michael | 12/22/1957 | NV | District of Nevada | No | Yes | No | Kidney Cancer | Counts I-XI |
| 33. | Click, Linda As Representative of the Estate of Click, Danny | 3/4/1962 | CA | Southern District of California | No | Yes | No | Liver Cancer | Counts I-XI |
| 34. | Clifton, Donna | 12/2/1953 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease | Counts I-XI |
| 35. | Coffman, Johnnie | 11/6/1948 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 36. | Cole, Stephanie As Representative of the Estate of Cole, Bruce E | 5/16/1958 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 37. | Cole, IV., David | 12/15/1976 | NV | District of Nevada | No | Yes | No | Kidney Cancer | Counts I-XI |
| 38. | Combs, Tonia | 1/2/2023 | OK | Western District of Oklahoma | No | Yes | No | Thyroid Disease | Counts I-XI |
| 39. | Connor, Sheila | 7/14/1953 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease | Counts I-XI |
| 40. | Contopulos, Chris | 10/22/1981 | CA | Southern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 41. | Cook, John | 8/18/1973 | IN | Northern District of Indiana | No | Yes | No | Thyroid Disease | Counts I-XI |
| 42. | Copeland, Deborah | 1/14/1955 | OK | Western District of Oklahoma | No | Yes | No | Thyroid Disease | Counts I-XI |
| 43. | Corral, Gena | 10/31/1973 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 44. | Costigan, Kenneth | 5/16/1966 | ME | District of Maine | No | Yes | No | Kidney Cancer | Counts I-XI |
| 45. | COUSINS, MISTY | 3/21/1980 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease | Counts I-XI |
| 46. | Craft, Jerit | 3/28/1978 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 47. | Craig, Patricia | 10/13/1955 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer | Counts I-XI |
| 48. | Crawford, Dion | 2/16/1972 | WI | Eastern District of Wisconsin | No | Yes | No | Testicular Cancer | Counts I-XI |
| 49. | Criner, Marvin | 8/3/1977 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 50. | Crosley, Paula | 6/26/1965 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 51. | Cruz, Leana | 1/12/1980 | FL | Southern District of Florida | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 52. | Culbertson, Christie | 12/3/1981 | NC | Western District of North Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 53. | Culpepper, William | 3/8/1967 | LA | Eastern District of Louisiana | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 54. | Curtis, Tammy | | AR | Eastern District of Arkansas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 55. | Curtis, Pamela | 9/7/1968 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 56. | Darnell, Judy As Representative of the Estate of Darnell, Vernon | 8/11/1951 | TN | Western District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 57. | Davidson, Joshua | 2/20/1979 | IA | Southern District of Iowa | No | Yes | No | Kidney Cancer | Counts I-XI |
| 58. | Davis, Brandon | 5/12/1974 | PA | Eastern District of Pennsylvania | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 59. | Davis, Carolen | 8/3/1947 | OK | Western District of Oklahoma | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 60. | Davis, Daniel | 12/4/1992 | HI | District of Hawaii | No | Yes | No | Testicular Cancer | Counts I-XI |
| 61. | Davis, Ethan | 8/21/1974 | NM | District of New Mexico | No | Yes | No | Thyroid Disease | Counts I-XI |
| 62. | Davis, Riley | 1/31/1973 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease | Counts I-XI |
| 63. | Dawson, Chadwick | 4/21/1975 | GA | Middle District of Georgia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 64. | De La Torres, III, Conrad | 6/1/1984 | FL | Southern District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 65. | Deken, Robert | 5/25/1971 | NV | District of Nevada | No | Yes | No | Testicular Cancer | Counts I-XI |
| 66. | Delduca, Dennis | 4/17/1950 | TX | Western District of Texas | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 67. | Diaz, Rosa | 12/6/1950 | MA | District of Massachusetts | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 68. | Divine, John | 7/2/1964 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease | Counts I-XI |
| 69. | Dockery, Stacey | 9/4/1971 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 70. | Dodd, Loyd | 8/5/1956 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 71. | Donigain, Michael | 3/3/1959 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 72. | Dozier, Marilynn | 8/9/1957 | MS | Northern District of Mississippi | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 73. | Dunbar, Randal | 12/3/1961 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 74. | Dunn, Shea | 11/11/1985 | AZ | District of Arizona | No | Yes | No | Testicular Cancer | Counts I-XI |
| 75. | Duran Rubiano, Sandra M | 10/25/1967 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 76. | Durkee, Jason | 3/9/1981 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |
| 77. | Easton, Robert | 3/8/1987 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 78. | Edwards, Julia | 1/9/1947 | WV | Northern District of West Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 79. | Egnor, Lois G. | 5/19/1971 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |
| 80. | Eichelberger, Pamelyn | 7/28/1970 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 81. | Eljurf, Sameerah | 3/11/1987 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 82. | Elliott, Loraine Denise | 5/11/1956 | DE | District of Delaware | No | Yes | No | Kidney Cancer | Counts I-XI |
| 83. | Elliss, Gaye | 6/30/1955 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 84. | Etherington, Lane | 11/21/1952 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 85. | Etters, Rebekah | 12/16/1946 | SC | District of South Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 86. | Evans, Iris | 9/1/1965 | NC | Western District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 87. | Fabian, John | 3/29/1967 | LA | Eastern District of Louisiana | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 88. | Facemire, Giselle | 4/19/1981 | CA | Southern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 89. | Faletoi, Alten | 12/12/1969 | HI | District of Hawaii | No | Yes | No | Thyroid Disease | Counts I-XI |
| 90. | Feinsinger, Julianne | 11/22/1978 | FL | Southern District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 91. | Felts, Jonathan | 4/30/1982 | OK | Western District of Oklahoma | No | Yes | No | Testicular Cancer | Counts I-XI |
| 92. | Fiegle, LeeAnn | 6/6/1961 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 93. | Fisher, Andrea | 7/30/1983 | MI | Eastern District of Michigan | No | Yes | No | Thyroid Disease | Counts I-XI |
| 94. | Fisher, Adam | 11/18/1986 | MS | Northern District of Mississippi | No | Yes | No | Thyroid Disease | Counts I-XI |
| 95. | Fletcher, Donna As Representative of the Estate of Fletcher, Gerald | 9/20/1950 | VA | Eastern District of Virginia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 96. | Forpahl, Dionne | 7/10/1970 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 97. | Foster, John | 6/28/1954 | MS | Northern District of Mississippi | No | Yes | No | Thyroid Disease | Counts I-XI |
| 98. | Fox, Torrie | 2/3/1993 | TX | Western District of Texas | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 99. | Fran Mcmullen, Steve | | PA | Eastern District of Pennsylvania | No | Yes | No | Testicular Cancer | Counts I-XI |
| 100. | Franklin, James E | 8/3/1989 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 101. | Fuchs, Kathy As Representative of the Estate of Fuchs, Timothy | 12/1/1950 | NE | District of Nebraska | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 102. | Fullen, Joy | 7/28/1953 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 103. | Funchess, Christopher | 5/20/1982 | IA | Southern District of Iowa | No | Yes | No | Kidney Cancer | Counts I-XI |
| 104. | Funk, Cheryl | 5/24/1966 | WA | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 105. | Gaede, Stacy | 3/1/1973 | MT | District of Montana | No | Yes | No | Thyroid Disease | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 106. | Gale, Steven | 3/13/1961 | CA | Southern District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 107. | Garcia, Janie | 2/20/1958 | GA | Middle District of Georgia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 108. | Garcia, Raul | 6/8/1981 | NM | District of New Mexico | No | Yes | No | Testicular Cancer | Counts I-XI |
| 109. | Gardner, Nicolas | 3/29/1991 | KS | District of Kansas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 110. | Gardner, Barbara | 5/27/1952 | WA | Western District of Washington | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 111. | Garrett, Bobie | 6/17/1991 | GA | Middle District of Georgia | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 112. | Gates, Yvonne E As Representative of the Estate of Gates, William | 6/16/1936 | SC | District of South Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 113. | Geenen, Angel | 10/28/1981 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 114. | Genoa, Amber As Representative of the Estate of Genoa, Patty | 1/20/1954 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 115. | Gerald, Mary | 6/4/1949 | NC | Western District of North Carolina | No | Yes | No | Thyroid Cancer, Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 116. | Gersch, Brian | 7/5/1974 | NY | Eastern District of New York | No | Yes | No | Testicular Cancer | Counts I-XI |
| 117. | Giardetti, Bernard | 12/14/1941 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 118. | Giardina, Venus | 10/13/1960 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 119. | Gibbs, Gracelyn | 6/18/1948 | DE | District of Delaware | No | Yes | No | Thyroid Disease | Counts I-XI |
| 120. | Gifford, Julie | 2/24/1988 | AR | Eastern District of Arkansas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 121. | Girlinghouse, Sharon | 8/5/1959 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 122. | Giudice, John | 10/24/1946 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 123. | Goff, Angela | 9/14/1965 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 124. | Gogley, Jr., David L. As Representative of the Estate of Gogley, Lanna K | | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 125. | Goines, Garrett | 3/30/1991 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 126. | Grant, Steven | 8/26/1958 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 127. | Gray, Robert | 11/17/1966 | TN | Western District of Tennessee | No | Yes | No | Thyroid Disease | Counts I-XI |
| 128. | Grazioli, Gary | 8/15/1951 | NH | District of New Hampshire | No | Yes | No | Thyroid Disease | Counts I-XI |
| 129. | Gregory, James | 8/17/1932 | MA | District of Massachusetts | No | Yes | No | Kidney Cancer | Counts I-XI |
| 130. | Grossman, Ardean | 9/2/1962 | ND | District of North Dakota | No | Yes | No | Kidney Cancer | Counts I-XI |
| 131. | Guinand, James | 11/11/1979 | FL | Southern District of Florida | No | Yes | No | Testicular Cancer | Counts I-XI |
| 132. | Gunnells, Lawrence | 9/11/1967 | MI | Eastern District of Michigan | No | Yes | No | Testicular Cancer | Counts I-XI |
| 133. | Gustanski, Jason | 12/30/1975 | CA | Southern District of California | No | Yes | No | Thyroid Cancer, Thyroid Disease | Counts I-XI |
| 134. | Gutierrez, Stella | 1/24/1957 | AZ | District of Arizona | No | Yes | No | Thyroid Disease | Counts I-XI |
| 135. | Haile Jr, Donald | 3/24/1983 | MO | Eastern District of Missouri | No | Yes | No | Testicular Cancer | Counts I-XI |
| 136. | Hansen, Lori | 12/11/1960 | UT | District of Utah | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 137. | Harp, David | 12/8/1951 | KY | Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 138. | Harris, Albertine | 1/8/1974 | MA | District of Massachusetts | No | Yes | No | Thyroid Disease | Counts I-XI |
| 139. | Haryasz, Mark | 5/26/1949 | MA | District of Massachusetts | No | Yes | No | Thyroid Disease | Counts I-XI |
| 140. | Haugsted, Libby | 2/4/1953 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 141. | Hawkins, Donald | 4/29/1971 | NC | Western District of North Carolina | No | Yes | No | Testicular Cancer | Counts I-XI |
| 142. | Carman, Susan H. As Representative of the Estate of Haynes, Sr., Ned C | 6/18/1941 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 143. | Heath, Timothy | 4/2/1979 | MO | Eastern District of Missouri | No | Yes | No | Kidney Cancer, and Ulcerative Colitis | Counts I-XI |
| 144. | Hensley, Brittany as Parent and Natural Guardian of Minor E.H. | 7/4/2018 | WA | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 145. | Hernandez, Geraldene | 3/31/1984 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease | Counts I-XI |
| 146. | Hernandez, Aniah | 7/17/2006 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 147. | Herrera, Monica | 9/30/1980 | TX | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 148. | Hester, Sharon | 2/20/1976 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 149. | Hidalgo, Debbie | 12/19/1957 | WA | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 150. | Hilburn, Marsha | 6/9/1963 | MO | Eastern District of Missouri | No | Yes | No | Kidney Cancer | Counts I-XI |